# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 14-cv-03226-REB-KLM

MANCHESTER PLACE HOA, INC.,

    Plaintiff,

v.

OWNERS INSURANCE COMPANY,

    Defendant.

## SCHEDULING ORDER

**Blackburn, J.**

The matter before me is the **Motion for Temporary Restraining Order and/or Preliminary Injunction; F.R.C.P. 65 and D.C.Colo.LCivR 65.1** [#40][1] filed October 14, 2015. A scheduling order should be entered to arrange, schedule, and coordinate the briefing and hearing, if any, necessary to resolve the request for a temporary restraining order.

**THEREFORE, IT IS ORDERED** as follows:

1. That the response, reply, and hearing addressed in this order **SHALL BE LIMITED** to the request for a temporary restraining order stated in the **Motion for Temporary Restraining Order and/or Preliminary Injunction; F.R.C.P. 65 and D.C.Colo.LCivR 65.1** [#40] filed October 14, 2015;

---

[1] "[#40]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

2. That by Thursday, October 15, 2015, at 12:00 p.m. (noon) mountain daylight time, the plaintiff shall file a response[2] to that portion of the **Motion for Temporary Restraining Order and/or Preliminary Injunction; F.R.C.P. 65 and D.C.Colo.LCivR 65.1** [#40] which requests a temporary restraining order;

3. That by Friday, October 16, 2015, at 9:00 a.m. mountain daylight time, the defendant shall file a reply[3] to the response of the plaintiff; and

4. That absent a demonstrated need for a more immediate hearing, the court shall hear the request for a temporary restraining order stated in the **Motion for Temporary Restraining Order and/or Preliminary Injunction; F.R.C.P. 65 and D.C.Colo.LCivR 65.1** [#40] on Friday, October 16, 2015, commencing at 1:30 p.m. mountain daylight time, reserving one hour, if necessary, for the hearing.

Dated October 14, 2015, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge

---

[2] The response is subject to **REB Civ. Practice Standard IV.B.1.**, which limits the number of pages to 15.

[3] The reply is subject to **REB Civ. Practice Standard IV.B.1.**, which limits the number of pages to 10.