**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-03226-REB-KLM

MANCHESTER PLACE HOA, INC.

    Plaintiff,

vs.

OWNERS INSURANCE COMPANY, an Ohio corporation,

    Defendant.

**TEMPORARY RESTRAINING ORDER**

**Blackburn, J.**

The matter is before me on the request for a temporary restraining order stated in the defendant's **Motion for Temporary Restraining Order and/or Preliminary Injunction; F.R.C.P. 65 and D.C.COLO.LCivR 65.1** [#40][1] filed October 14, 2015. After careful review of the motion and the file, I conclude that the request for a temporary restraining order should be granted on the terms stated in this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That the request for a temporary restraining order stated in the **Motion for Temporary Restraining Order and/or Preliminary Injunction; F.R.C.P. 65 and D.C.COLO.LCivR 65.1** [#40] is granted;

2. That the plaintiff, Manchester Place, HOA, Inc., its contractors, agents, servants, employees, attorneys, and any and all persons in active concert or

---

[1] "[#40]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

participation with it who receive actual notice of this order by personal service or otherwise, are enjoined and prohibited from commencing demolition or repairs at 1379, 1389, and 1399 South Idalia Street, Aurora, Colorado 80017, until October 21, 2015;

    3. That under FED. R. CIV. P. 65(c), the defendant, Owners Insurance Company, shall deposit with the clerk of the court a bond in the amount of five hundred dollars ($500) for the payment of such costs and damages as may be suffered by any party later found to have been wrongfully restrained;

    4. That the bond shall be deposited with the clerk of the court on or before October 21, 2015, at 5:00 p.m. (MDT); and

    5. That the request for a preliminary injunction stated in the **Motion for Temporary Restraining Order and/or Preliminary Injunction; F.R.C.P. 65 and D.C.COLO.LCivR 65.1** [#40], shall remain pending.

    Dated October 19, 2015, at Denver, Colorado.

                                               **BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge