EXHIBIT

A-1

# Thomas J. Irmiter

657 Lincoln Ave, St. Paul, MN 55105
teirmiter@forensicbuildingscience.com
T: 651-222-6509
*1/10/17*

## Licenses/Certifications

| | |
|---|---|
| State of Minnesota Building Official, *License# LB002764* | 2006-2019 |
| International Code Council, *Professional Member# 5313388* | 2007-2008 |
| International Code Council, *Corporate Member# 8053289* | 2015-2017 |
| Certified Vinyl Siding Installer, *ID# 18025* | 2015 |
| Certified Renovator- Lead Safety | 2015 |
| Metro Skywarn Spotter, *ID# 7154* | 2015 |

## Work Experience

**Forensic Building Science, Inc.,** *Owner/Principal*                    2004 to Present

- Forensic analysis and evaluation of water intrusion behind exterior boundary walls on residential single-family, two-family, multi-family dwellings and commercial low rise and high rise buildings.
- Causation analysis of failed foundation, wall, floor, curtain wall and roof assemblies
- Evaluation of Codes and Standards including manufactures requirements
- Evidence collection and on-site documentation of remediation and repairs
- Producing project specifications
- Construction dispute resolution
- Fenestration and curtain wall testing and deconstruction
- Causation analysis
- Project management and project cost estimating using Industry standard methods
- Staged site inspection and documentation on new homes and structures undergoing renovations and repairs including footing, framing, weather barrier, roofing, fenestrations inspections, and insulation and ventilation inspections
- Comparative bids and job cost analysis and project scope analysis
- Bulk mold, soot, and lead sampling
- Infrared and moisture infiltration studies
- Clean room design defects
- Review and evaluation of construction documents
- Inspection on first-party losses including fire, wind, hail, ice dams, hurricanes, tornadoes, floods, pipe burst, vehicle impact
- First-party loss claim inspections for building owners and insurance companies
- Pitched and flat roof and facade inspections including EPDM, copper, metal standing Seam, TPO, BUR, Mod Bit, shingles, tile, slate, flashing, stucco, EIFS, brick, stone, vinyl siding, Hardi-composite siding, wood siding and CMU.
- Insurance appraisals as umpire and appraiser
- Pre-sale due diligence inspections

As principal of FBS, Mr. Irmiter conducts on-site inspections and evaluations (both non-invasive and destructive) of foundation assemblies, wall assemblies, curtain and storefront walls, soffit assemblies and attic/roof assemblies to evaluate as-built conditions and determine causation for damages to these

various assemblies. Preparing project specific repair scopes and unit price estimates as well as obtaining and reviewing bids from licensed contractors are also part of Mr. Irmiter's duties.

Evaluation of applicable codes and standards in place at the time of original construction and at time of a loss, as well as, expert witness testimony regarding causation for both Federal and district court cases and first party appraisals, scope of repairs and applicable building codes and standards are also part of Mr. Irmiter's work.

Mr. Irmiter has conducted inspections in Alabama, Arizona, Colorado, Florida, Georgia, Illinois, Indiana, Iowa, Kansas, Kentucky, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Nebraska, New Mexico, New York, New Jersey, North Carolina, North Dakota, Ohio, Oklahoma, Rhode Island, South Dakota, Tennessee, Texas and Wisconsin.

**Advanced Building Solutions, Inc.,** *Senior Consultant*                                    2003-2004
- Construction litigation consulting
- Principal expert witness for the company
- Forensic analysis of construction defects, including on-site testing
- Window deconstruction
- Building code evaluations
- Water intrusion studies and reports
- Water penetration testing
- Expert witness on three arbitrations and two court cases
- 8 depositions and numerous affidavits
- 15 mediations
- Final analysis of damages
- First Party disputes

Responsible for on-site forensic destructive testing to determine problems related primarily to bulk water intrusion. Review all evidence gathered from full remediation projects and issue pertinent reports. Maintain and update a database of project costs representing a cross-section of contractors and project types. Research and test various products used to construct wall assemblies. Develop and maintain a protocol for destructive evaluations of fenestrations. Assist in developing and implementing "Best Practices" and protocols for remediation projects including partner contractor training.

**Donnelly Management Services, Inc.,** *Forensic Architectural Specialist*          2002-2003
- Developed concept of a service to represent home owners experiencing failures to their homes as a result of water infiltration issues
- Created initial "Best Practices" for Donnelly Stucco for their involvement in the full remediation process
- Documented and issued pertinent reports on discoveries at failed structures, both residential and commercial
- Established and maintained protocols for on-site documentation and evidence gathering and storage
- Principal expert witness for company
- Established template for water intrusion reports including creation of terms in use by other consultants today
- Created some of the first full remediation specifications and templates in use by other firms today
- Developed a percentage of damages theory used in mediations today
- Developed a unit cost template still used by others today

**Donnelly Stucco Sales,** *Sales Manager*                                                          2001-2002
- Residential and commercial stucco sales and design for traditional 4-coat, proprietary 2-coat and EIFS systems
- Daily sales for residential re-stucco and stucco related repairs
- Initial forensic destructive testing in spring of 2002
- On-site "hands-on" involvement in remediation and reconstruction process
- Management of sales leads
- Maintain company marketing program
- Prepare all estimates including new construction stucco work
- Prepare and execute contracts
- Assist clients with color and texture designs
- Attend pre-job meeting with client and Donnelly plastering staff person
- Worked in the field as an installer from time to time

**Irmiter Contractors & Builders, Ltd.,** *President*                                          1984-2000
Company received numerous local and national awards for design, management and implementation until unsuccessful merger acquisition of House of Dreams, LLC in 2000. This acquisition caused the company to close in January 2001.

In 1984, Mr. Irmiter purchased the assets of his father's sole proprietor business and formed Irmiter Contractors and Builders, Ltd. His training and education included:

- Application of Building Codes and Standards into practical field applications
- Advanced framing using floor truss systems
- Installation of flanged windows
- Installation of new product from Dupont called Tyvek
- Job sequencing and project scheduling
- Xactimate training and use
- Introduction to CAD design
- Use of Simpson fasteners and connectors to obtain structurally rated assemblies
- Point load design
- Requirements for Historic Restoration
- Steel beam and column construction
- Insulation and ventilation techniques
- Calculating loads on wall, floor and roof assemblies including mathematical formulas
- Blue print reading and materials take-offs
- Building codes and standards by geographic region including UBC, BOCA, WDC and Model Energy Code
- Administration of construction projects
- Construction contracts and project specifications
- Fastening schedules for various components including, studs, plates, headers, sheathing, lath, weather barriers, and ledgers
- Calculating live load and dead loads and snow loads
- Site layout and drainage
- Basic mechanical and electrical

- Received 100 hours of field training from Chevron Corporation on use of Chevron Industrial Membrane (CIM) for use on flat roof applications and pond liners. Install CIM product on over 50 residential and commercial structures over 4-year period. Product used to replace standard 5-ply hot mop systems in place at the time. Included specific training on wall-to-roof flashing details, flashing at posts and penetrations, pitch pockets and special applications on vertical surfaces
- Received 40 hours training from manufacturer of EPDM systems including ballast system install, mechanical fastener install and full adhesion system install. Installed various system membranes on flat roofs for 10-year period, including BUR and Mod Bit
- Received over 100 hours of training from Marvin Windows and their representatives including John Taylor on proper installation for end of Marvin windows and doors including sizing, measuring, layout, field mulling, structural field mulling, and designing window walls
- Direct training by Velux America through the W.J. White Company in Bloomington, Minnesota on installation and field service modification of Velux roof windows. Forty hours, training included modification of engineered trusses for installation of oversized skylights, complex framing of skylight shafts, proper flashing techniques for skylights and roof windows on sloped and non-sloped roofs, and gag framing and flashing of skylights and roof windows. Personally spent 5-years (approximately 3000 hours) trouble shooting and repairing improper insulations (leakers) in five state area, including commercial applications. Developed and installed first gang-flash system using low pitched roofing kit on flat roof , still in use today. Installed over 1500 roof windows and skylights from 1980-1990 including low-sloped applications
- Direct training by Solarium Systems Inc, Bloomington, Minnesota, Lord and Burnham Greenhouse Systems and Four Seasons Greenhouse through W.J. White Company for:
  - Erection and construction of glass solariums
  - Training period was six months long (1000 hours) and included both class room and actual hands-on training on manufacturing at the plant
  - Including cutting extrusions
  - Installing weep tracks
  - Installing glazing tapes and glazing panes
  - Installing mull covers
  - Integration of operable fenestration components including windows doors and fan systems
  - Building and designing heat sink collectors using insulated slab on grade and wood foundations
  - Heat wall and trompe wall designs
  - Complex hip unit solariums and multiple unit designs and structurally rated extrusions and where to use these
  - Spread mull techniques and structurally rated mull assemblies
  - Integrating site built and erected solariums into wall and roof assemblies and proper flashing techniques
  - Installed over 100 solariums and solariums component systems for W.J. White during 5-year period on both residential and commercial structures

**Bud Irmiter Remodeling,** *Master Carpenter*                                      1976-1984
Worked full-time as a lead carpenter supervising numerous crews. Additional training included:
- Specification writing
- Blue print reading and materials take offs for complex projects
- Integration of subcontractors and project scheduling
- Proper job sequencing
- Design and installation of wood foundation systems

- All aspects of framing
- Advanced electrical rough in
- Re-supporting houses with off-set bearing walls
- Re-supporting failed and sagged footings, posts, beams and wall structures
- Changing structural bearing points
- Interior finishing trim including stair construction
- Multi-level deck design
- Advanced cabinet making
- Cabinet and countertop lamination
- Advanced plumbing including relocation of and offsetting of soils and waste pipes
- Working with poly retarders and un-faced insulation
- Training and installation of EPDM roofing and related materials
- Installing windows and doors
- Installing various types of siding
- Installing roofing products

**Bud Irmiter Remodeling,** *Apprentice Program*                                    1969-1976
Received the following extensive training:
- Masonry
- Carpentry – which including all aspects of framing, siding, windows and roofing
- Stucco and brick
- Electrical, plumbing and heating
- Interior plastering and decorating
- Cabinet making
- Roofing (standard shingle, cedar shake, tile, slate, flashing details, chimney rebuilding and tuck pointing, BUR)

Specific duties and training in:                                                    1969-1971
- Clearing job sites particularly on the residential roofing projects
- Learning to properly stack and cover framing lumber
- Installing mop down starter edge and 90 lbs. rolled roofing (this was prior to the development of ice and water shield)
- Installing 18-inch lap to the weather rolled roofing on flat and slightly BUR (this was prior to EPDM membranes)
- Scrapping and priming exterior homes
- Sanding gypsum board
- Cutting and installing ceramic tile
- Concrete mixing

(Except for 10 month City of Minneapolis Internship)                                1971-1995
- Advanced framing including layout of floors, walls, roof structures, bearing points, point loads, stairs etc.
- Installation of metal roof flashing and underlayment flashing
- Installation of 3-tab shingles and metal valleys
- Tuck pointing chimneys, rebuilding chimneys and chimney flashing
- Construction of chimney saddles and crickets
- Installation of lead flashing on tile roofs and tile and slate roof repairs
- Solder jointing metal roofing
- Inboard gutter repair and rebuilding

- Surface mounted gutter installations
- Foundation water proofing
- Wall framing and layout
- Installation of weather resistive barriers
- Installation of Kraft Faced insulation
- Gypsum board installation
- Fire taping Gypsum board
- Interior and exterior painting and staining
- Glass and sash chord replacement
- Repair and rebuilding of double hung windows
- Selection of wood and basic cutting of components for cabinet making
- Excavation and site preparations
- Foundation and footing layout
- Footing installation, including post, ledge and spread footings
- Block installation
- Installation of drain tiles
- Wood and steel siding installation
- Plywood and Bildrite sheathing installation
- Installation of lath and stucco
- Stucco re-dashing
- Gypsum board taping and plaster repair
- Spray texturing
- Wall papering and painting including faux and glazing
- Removal of lead and galvanized water pipes and installation of copper water pipes
- Removal and installation of hot water boilers
- Installation of carpet and linoleum
- Installation of wood floors including floor refinishing
- Stripping and refinishing wood work
- Retrofitting new headers without installing temporary support walls
- Advanced cabinet making including mortise and tennon work
- Basic electrical rough in

**Office of Public Information, City of Minneapolis,** *Director*                    1977-1978
Reported directly to City Clerk Lyle Schwarzkopf. Managed staff of 8 people. Responsible for publishing monthly city employee newsletter. Assisted in lobbying effort for proposed stadium in Downtown Minneapolis. Received training from federal energy agency for thermography study regarding heat loss in residential structures, including extensive training on interpreting infrared images, convective loops and negative plain pressure as these relate to improper insulation and ventilation procedures and percentage of heat loss attributable to wall and roof assemblies. Implemented and delivered secondary training to citizens in local wards for presentation of the thermography images that were taken by the federal energy agency in conjunction with the Department of Housing and Urban Development (HUD). Personally inspected approximately 5 homes in each ward (total of 50) to verify accuracy of testing procedures and make recommendations for proper insulation and ventilation of the attic areas.

**Construction Consulting Experience**                    1985 to Present
- Expert witness testimony for both Plaintiffs and Defendants
- Destructive inspections on over 2500 residential properties

- Inspection of over 7500 Buildings
- WCCO (CBS Affiliate) I-Team investigation of local Home Builders on "Houses from Hell", Pajec Residence, Apple Valley, Minnesota (1991)
- Principal designer for ICB, Ltd. on over 1500 residential and commercial remodeling and renovation projects
- Developed installation strategies for Andersen Renewal Windows, including changes in flashing and flange designs
- Named by Hennepin County District Court Judge in 1998 to serve as sole arbitrator on construction dispute between Silver Bullet Construction and one of their clients
- Consulted for Marvin Windows only window store in St. Louis, Missouri for four years
- Consulted for the NAHB Research Center in Washington D.C. for four years
- Consulted with Malcolm Baldrich Institute in Washington D.C. and was part of five person team to develop national quality standards for residential construction

**Guest Lecturer**                                                                                    1986 to Present
- National Convention for NARI, 1986 – 1999
- International Symposium on Sustainable Housing Insulation in Northern climate houses, 1988
- City of St. Paul. District 14 Council, Annual Remodeling Exposition, 1990 - 1995
- National Conventions for NAHB, 1990 - 1998
- National Convention for NKBA, 1990 – 1998
- Remodelers Council: Anderson Windows, Marvin Windows, and Covey Institute, 1990 - 1999
- National Leadership Conference – Construction Management, Sponsored by NAHB, Hanley Wood, Andersen Windows, 1998
- ASHI – How to Inspect for Water Intrusion Current Methodologies, 2003
- Mold Summit, Chicago IL, 2005
- 54th Annual IBC Officials Meeting
- IFMA – Evaluating Existing Buildings – Ordinance & Law Issues in Insurance Policies
- Annual Building Officials Institute Guest Lecturer
- Annual Meeting Presenter for NARI, 2016
- GAPIA Fall Educational Conference Speaker, 2016

**Education**
| | | |
|---|---|---|
| Hamline University | Bachelors of Arts Degree | 1979 |
| AWCI International | Mold Remediation and Site Documentation | 2002 |
| University of Wisconsin (School of Engineering) | Advanced Project Management Class | 2007 |

**Advanced Training Seminars and Courses**
- State of Minnesota Department of Labor and Industry                                        2007
  (40 hours, Test for Certified State Building Official (CBO LTD) (Limited to one and two family and small commercial and accessibility codes))
- Received designation as RBI for the ICC. Lic. No. 5313388-B-1

**Solarium Systems, Inc., Lord and Burnham Green, and Four Seasons**                     1986
- Erection and construction of glass solariums
- Training period was six months long (1000 hours) and included both classroom training, actual hands on manufacturing at the plant
- Including cutting extrusions
- Installing weep tracks

- Installing glazing tapes and glazing panes
- Installing mull covers
- Integration of operable fenestration components including windows doors and fan systems
- Building and designing heat sink collectors using insulated slab on grade and wood foundations
- Heat wall and trompe wall designs
- Complex hip-unit solariums and multiple unit designs and structurally rated extrusions and where to use these
- Spread mull techniques and structurally rated mull assemblies
- Integrating site-built & erected solariums into wall & roof assemblies & proper flashing techniques

**National Association for the Remodeling Industry (NARI)**                                1989-2002
- Advanced framing using floor truss systems
- Installation of flanged windows
- Supplemental Exactimate training
- New product from DuPont called Tyvek
- Job sequencing and project scheduling
- Introduction to CAD design
- Use of Simpson fasteners and connectors to obtain structurally rated assemblies
- Insulation and ventilation techniques

1989-2006 – Attended NARI Annual convention and took a minimum 12 hours (200 plus hours) CEUs each year on the following:
- Weather resistive barriers, including "D" paper, Pink wrap and Typar
- Window and door flashing
- CAD design
- Computer aided estimating –"Exactimate system"
- Peachtree estimating system
- Exactimate training
- Vapor retarders
- Insulation
- Ventilation
- Roofing – EPDM, TPO, Mod Bit, steel, metal & Elastomeric
- Fasteners and connectors
- Compute aided structural analysis
- Caulks and sealants
- Tyvek, including an additional 10 hours direct training by Dupont in Florida in 1999 on new product call stucco wrap and flex wrap.
- MFM brand window tape seminar
- Pella Window Tape Seminar 2002, Indianapolis, Indiana
- Building Science Corporation, Joe Listerbeck, water intrusion diagnosis and repair, 2002, Indianapolis, Indiana
- Complex framing using LPI and TJI joists and connectors
- Using OSB as a structurally rated panel
- Barrier free design
- Proper installation of kick-out flashing, AWCI, 2002, San Antonio, Texas
- What causes mold? AWCI 2002
- Plaintiffs Mold Summit 2005 (16 hours training)

**National Association for the Remodeling Industry Certified Remodeler Test**          **1990**
- Calculating loads on wall, floor and roof assemblies
- Blue print reading and materials take-offs
- Building codes and standards by geographic region including UBC, BOCA, WDC and Model Energy Code
- Administration of construction projects
- Construction contracts and project specifications
- Fastening schedules for various components including, studs, plates, headers, sheathing, lath, weather barriers, and ledgers
- Calculating live load and dead loads and snow loads
- Site layout and drainage
- Basic mechanical and electrical

**State of Minnesota Continuing Education:**
1993-2000: 42 hours CEUs, to maintain contractors' license
- Additionally, taught classes required for contractor continuing education including Lead Safety Training. At that time, Mr. Irmiter was the only non-State of Minnesota Department of Health person qualified by the Department of Commerce to teach Lead Safety Training.

**Code Official Licensing Requirements:**
2010: Attended 55th Annual Institute for Building Officials
2013: Attended 57th Annual Institute for Building Officials, 24 hours CEUs
- 2012 IRC Fundamentals- Building Provisions
- IRC Changes 2006-2012
- Application of the 2012 IEBC
- 2012 IRC Wall Bracing
2015: Attended 59th Annual Institute for Building Officials, 18 hours CEUs
- The "State of the State"- Construction Regulation
- Update to MN Rule 1322 " Residential Energy"
- MN Amendments for 2012 IEBC
- MN Amendments for 2012 IRC
- Residential Masonry & Concrete
- Residential Deck Connections
- Legal Perspectives in Code Enforcement
- Tenant/Landlord Law Overview for Inspectors
- Application of International Mechanical Code to Existing Housing
2015: 2012 IBC Inspection of Fire Resistant Rated Walls, Floors, Ceilings & Roofs, 7 CEUs
2015: Basic Techniques of Install of Vinyl Siding, 5 CEUs
2015: Lead Safety for Renovation, Repair & Painting, 8 CEUs
2016: 2012 IBC Performing Nonstructural Plan Review, 24 CEUs

**First Party Claims Conference**
2014 Presenter: Fire Investigation from the Perspective of the Adjuster, Insured and Investigator
2015 Attendee
- Appraisals-Strategies and Techniques to Effectively Manage Process
- Judging the Validity and Efficacy of Engineering and other Expert Reports
- Little Known Technologies in Residential & Commercial Roofs
- Builders Risk and Construction Defects-Case Studies

**Special Training**                                                                                            January 1993
Marvin Windows, Warroad Plant, Thirty hours, factory training, including:
- Removable vs. factory applied flanges
- Sealant at flanges
- Need for drip caps
- Introduction of SDL glazing
- Change in coating process for factory finishes
- Metal fame assembly installation over wood assembly
- Authentic divided lite limitation with glazing panels
- Use of commercial products in historic residential structures
- HPC approvals for Marvin Alpine
- Installation techniques including flashing gridlines
- First look at French casement prototypes

**Andersen Renewal Windows, Joint Venture**                                                       1997-1999
- Liaison to Andersen Partnership Council (group of 20 contractor advisors)
- Set up 20-person installation team to install first windows developed in pilot program
- Direct consultant with Aspen Technologies and Andersen Design Team
- Recommended modifications to the product including flange system
- Glazing pockets and type of seal at glazing panel
- Drip cap design and integration
- Weep system design
- Installation techniques and requirements
- Installation costs by unit, developed one of three tracking systems.
- Consulted on advertising and marketing of product
- Received over 200 hours in training from Andersen on fenestration products, including design installation, service, sales, mar keying and distribution
- Assisted Renewal in setting up in home sales and show room sales program
- Trained first sets of Renewal sales force by personally going with them on hundreds of initial calls to see if the product would work in the proposed applications

**Association of Wall and Ceilings International (AWCI) Conference**                    2001
- Mold Abatement and Diagnostic Techniques class
- EFIS installation techniques and establishing drainage plains
- Barrier Wall Design vs. Drain Plane Design

**Remodelers Show, Indianapolis, Indiana**                                                          2002
- Pella Window installation training and techniques using Tyvek and new Pella tape system seminar
- Mold seminar taught by Dr. Joe Listerbeck
- Seminar on comparison of OSB, Dens Glass Gold and Plywood permeability

**Architectural Testing Window Performance Seminar**                                        2003
- Testing and interpreting testing results of fenestrations using AAMA and ASTM criteria
- Using ASTM E-2128 as performance criteria for evaluating water intrusion
- Class on glazing panels and U-values

**University of Wisconsin**                                                                                 2007
- Advanced Project Management Techniques and Principals Level II – Masters Level

**Additional Seminars**
- ICC Residential Building Code Inspector                                                        2008
- Overview MN Rules Chapters: 1323, 1301 & 1322                                          2009
- ICC Residential Property Maintenance Inspector                                          2009
- Performing IBC Commercial Inspections, 1-day                                              2010
- UL Fire Research Light Weight Instruction, 1-day                                          2010
- Fire Station Flashing, 1-day                                                                          2010
- Fire Rated Assemblies, 1-day                                                                       2010
- ICC – IRC Townhome Requirements, 1-day                                                    2010
- Building Science and Building Enclosures, 2.5 days                                  2010 & 2011
- IRC & IBC, 2-days                                                                                      2012
- 2012 International Existing Building Code, 1-day                                          2013
- Brace Wall Panel Design, 1-day                                                                   2013
- 2012 IBC Transitions From 2006                                                                 2013

**Industry Awards**
- Remodeling Magazine "Big 50" Awarded as one of Top 50 contractors in the nation      1990
- First contractor in Minnesota to pass the certified remodelers test and received the   1990
  Certified Remodelers Designation
- Outstanding leadership award, NARI, Minnesota chapter                              1989-1996
- Leadership awarded each year by the Builders Association of Minnesota        1994-1997
- Founded Minneapolis/St. Paul Home Tour                                                      1994
- Criteria writer for National Quality Awards sponsored by NAHB, Washington, DC    1995
- One of four judges for National Quality Awards for NAHB                            1996-1998

**Professional Organization Membership**
- President, NARI, Minnesota Chapter                                                          1989-1991
- Presented first Uniform Model Contractor Licensing Bill for Remodelers to         1990
  Builders Association of Minnesota and State legislature
- Appointed to State Board Builders Association of Minnesota                      1996-1998
- Member of Andersen Window's Partnership Council                                    1996-1998
- Assisted in development of "Renewal" window by Andersen                        1997-1999
- Member of American Society of Testing and Materials (ASTM)                    2004-2006
- International Code Council (ICC) Corporate membership                            2007-2015
- Better Business Bureau                                                                             2004-2014
- RCI                                                                                                            2013-2014

**Continuing Education Instructor**                                                              2014-2016
Mr. Irmiter has been approved to teach continuing education classes for the Insurance industry in the following states:
- Georgia
- Minnesota
- New York State
- Pennsylvania
- Virginia

***No publications published***

## Testimonies, Depositions & Appraisals

Testimony at District Court Trials:

1. Dave Borrell v Joseph Gunnerson, Wright County, MN Court File# 86-CV-09-2120.
2. Interlachen Property Owners Association, Inc., v American Family Mutual Insurance (2013) Hennepin County, MN Court File No. 27-CV-11-12855, Judge Bruce A. Peterson. Attorney Brenda Sauro (Sauro & Bergstrom).
3. Interlachen Property Owners Association, Inc., v Kuepers Construction, Inc. (2013) Crow Wing County, MN Court File No. 18-CV-11-5061, Judge Kristine R. DeMay. Attorney Jason Tarasek (Hammargern & Meyer).
4. 77th Street, LLC v American Family Mutual Insurance (2014) U.S. District Court – Arizona, Case No. CV 12-01910-PHX-SLG, Judge Sharon L. Gleason. Attorneys Michael Doyle & Kevin Wein (Doyle Raizner).
5. Park Monaco Association v Myra Lansky (2015) Denver County District Court, Case No. 2012CV2370, Judge Morris Hoffman, Attorneys Milo Miller & Steven Kabler (Miller Kabler).
6. Joseph and Jennifer Roach v County of Becker v Luxury Landscaping & Lawn Care LLP (2015) County of Becker, MN Court File No. 03-C5-05-667, Judge Jay D. Carlson. Attorney James P. Peters (James P. Peters PLLC).
7. King's Cove Marina, LLC v Zinniel Electric Company, and Schwickert's Tecta America, LLC. (2016) County of Dakota, MN Court File No. 19-HA-CV-14-2282. Attorney Stephen P. Watters (Watters Law Office).

Testimony at Federal Court Trials:

1. No trials within last 4-years

First Party Appraisals & Expert Testimony:

1. 2nd Chance- Minnetrista, expert, 2014
2. C. Anderson matter, IA, appraiser for Plaintiff 2012
3. Blane Duncklee (8 properties), IA, appraiser for Plaintiff 2012
4. Weispfenning matter, IA, appraiser for Plaintiff 2012
5. Whipple matter, IA, appraiser for Plaintiff 2012
6. Kin matter (2 properties), IA, appraiser for Plaintiff
7. Skinner matter, IA, appraiser for Plaintiff
8. J. Anderson matter, IA, appraiser for Plaintiff
9. Goshon matter, IA, appraiser for Plaintiff
10. Elkin matter, IA, appraiser for Plaintiff
11. Mayorga matter, IA, appraiser for Plaintiff
12. Dobbs matter, IA, appraiser for Plaintiff
13. Middleton matter, TX, appraiser for Plaintiff
14. Gazaway matter, MO, appraiser for Plaintiff
15. Cook matter, MO, appraiser for Plaintiff
16. Baker matter, AL, appraiser for Plaintiff
17. Falk matter, AL, appraiser for Plaintiff
18. Johnson matter, AL, appraiser for Plaintiff
19. Riley matter, AL, appraiser for Plaintiff
20. Ballard matter, AL, appraiser for Plaintiff
21. Carter matter, AL, appraiser for Plaintiff
22. Cassette matter, AL, appraiser for Plaintiff
23. Cox matter, AL, appraiser for Plaintiff

24. Crawford matter, AL, appraiser for Plaintiff
25. Fields matter, AL, appraiser for Plaintiff
26. Flenoury matter, AL, appraiser for Plaintiff
27. Hibernian Street Church matter, AL, appraiser for Plaintiff
28. Love matter, AL, appraiser for Plaintiff
29. Silmon matter, AL, appraiser for Plaintiff
30. Smiley matter, AL, appraiser for Plaintiff
31. Swanson matter, AL, appraiser for Plaintiff
32. Williams matter, AL, appraiser for Plaintiff
33. Ziegler matter, AL, appraiser for Plaintiff
34. North Star v. Anderson, appraiser for Defendant insurance company
35. Maki matter, MN, appraiser for Plaintiff
36. Harvey Property Management, 2 matters, AZ, appraiser for Plaintiff
37. Zachary matter, MN, appraiser for Plaintiff
38. Duffy matter, MN, appraiser for Plaintiff
39. Donnolly matter, IA, appraiser for Plaintiff
40. Rucker matter, MO, appraiser for Plaintiff
41. Agard matter, WI, appraiser for Plaintiff 2013
42. Esser matter, WI, umpire 2013
43. Hotzler matter, MN, appraiser for Plaintiff 2013
44. Walnut Creek matter, OH, umpire 2014
45. Hawthorne Glen matter, OH, umpire 2014
46. Hoffman matter, IA, appraiser for Plaintiff 2014
47. Cauba matter, TX, appraiser for Plaintiff 2014
48. Ayala matter, TX, appraiser for Plaintiff 2014
49. Beaza matter, TX, appraiser for Plaintiff 2014
50. Cavazos matter, TX, appraiser for Plaintiff 2014
51. Conde matter, TX, appraiser for Plaintiff 2014
52. Escamilla matter, TX, appraiser for Plaintiff 2014
53. Espinoza, Sergio matter, TX, appraiser for Plaintiff 2014
54. Garza matter, TX, appraiser for Plaintiff 2014
55. Rodriguez, Ricardo matter, TX, appraiser for Plaintiff 2014
56. Villanueva/Lopez matter, TX, appraiser for Plaintiff 2014
57. Espinoza, Jose matter, TX, appraiser for Plaintiff 2014
58. Hernandez matter, TX, appraiser for Plaintiff 2014
59. Montalvo matter, TX, appraiser for Plaintiff 2014
60. Ramos matter, TX, appraiser for Plaintiff 2014
61. Casas matter, TX, appraiser for Plaintiff 2014
62. Castillo matter, TX, appraiser for Plaintiff 2014
63. Garcia, Ernesto matter, TX, appraiser for Plaintiff 2014
64. Garcia, Mario matter, TX, appraiser for Plaintiff 2014
65. Gonzalez, Raul matter, TX, appraiser for Plaintiff 2014
66. Marquez matter, TX, appraiser for Plaintiff 2014
67. Olvera matter, TX, appraiser for Plaintiff 2014
68. Pinon matter, TX, appraiser for Plaintiff 2014
69. Resendez matter, TX, appraiser for Plaintiff 2014
70. Lucio matter, TX, appraiser for Plaintiff 2014
71. Pope matter, MN, appraiser for Plaintiff 2014
72. Mendoza matter, TX, appraiser for Plaintiff 2014
73. Garcia, Isquel matter, TX, appraiser for Plaintiff 2014

74. Fogarty matter, MN, appraiser for Plaintiff 2014
75. Perez matter, TX, appraiser for Plaintiff 2014
76. Dominick matter, MO, appraiser for Plaintiff 2014
77. Colbert matter, KS, appraiser for Plaintiff
78. Windom matter, MO, umpire 2014
79. Haldeman matter, WI, appraiser for Plaintiff 2014
80. Herll matter, MN, expert testimony 2014
81. Fontana matter, MN, expert arbitration 2014
82. Sabri matter, MN, expert testimony 2014
83. Simons, 2 matters, TX, appraiser for Plaintiff 2014
84. Gonzalez, Rosendo matter, TX, appraiser for Plaintiff 2014
85. Zamarripa matter, TX, appraiser for Plaintiff 2014
86. Vasquez matter, TX, appraiser for Plaintiff 2014
87. Villas at Boulder Ridge matter, IL, appraiser for Plaintiff 2015
88. Dawson Mill Village matter, IL, appraiser for Plaintiff 2015
89. Wicklow Village Townhomes matter, IL, appraiser for Plaintiff 2015
90. Westridge Homeowners Association matter, IA, appraiser for Plaintiff 2015
91. Orchard Pointe matter, MN, appraiser for Plaintiff 2015
92. Mainali matter, TX, appraiser for Plaintiff 2015
93. Northstar Condo Association matter, IL, appraiser for Plaintiff 2015
94. Shorely Wood matter, IL, appraiser for Plaintiff 2015
95. Colonnade matter, CO, appraiser for Plaintiff 2015
96. American Star Inn- Munday matter, TX, appraiser for Plaintiff 2015
97. Travel Inn- Abilene matter, TX, appraiser for Plaintiff 2015
98. JD&B Midtown matter, ATL, umpire 2015
99. Holiday Inn Express- Coon Rapids matter, MN, appraiser for Plaintiff 2015
100. Jonah Investments/Bailey's Furniture matter, TX, appraiser for Plaintiff 2015
101. Heritage Place matter, CO, appraiser for Plaintiff 2015
102. Long Birch Lodge matter, MN, appraiser for Plaintiff 2015
103. Patrick's Fine Dining matter, MN, appraiser for Plaintiff 2015
104. Colonial Patriot HOA matter, MN, appraiser for Plaintiff 2015
105. First Evangelical Free Church matter, IA, appraiser for Plaintiff 2015
106. Delfs, Henry matter, IA, appraiser for Plaintiff 2015
107. Woodland Trail Condominium matter, IA, appraiser for Plaintiff 2015
108. Karathansas, George matter, TN, appraiser for Plaintiff 2015
109. Travel Inn- Snyder matter, TX, appraiser for Plaintiff 2015
110. Raeouf, Mohammad- Family Dollar matter, CO, appraiser for Plaintiff 2015
111. Wak Inc.- Marrakech Café matter, CO, appraiser for Plaintiff 2015
112. South Texas Education Technologies matter, TX, appraiser for Plaintiff 2015
113. La Quinta-Stephenville matter, TX, appraiser for Plaintiff 2015
114. Holiday Inn Express- Eastland matter, TX, appraiser for Plaintiff 2015
115. American Star Inn- Throckmorton matter, TX, appraiser for Plaintiff 2015
116. Poremba, Scott matter, IL, appraiser for Plaintiff 2015
117. The Willows of Vernon Hills matter, IL appraiser for Plaintiff 2015
118. Deer Run Condominium matter, IL, appraiser for Plaintiff 2015
119. Neudearborn Station matter, IL, appraiser for Plaintiff 2015
120. Motel 6-Tyler matter, TX, appraiser for Plaintiff 2016
121. Pebblewood at Pinecliff HOA matter, CO, appraiser for Plaintiff 2016
122. The Greens of Irish Prairie matter, IL, appraiser for Plaintiff 2016
123. Irish Prairie Recreation Center matter, IL, appraiser for Plaintiff 2016

124. Olde Schaumburg Row Houses matter, IL, appraiser for Plaintiff 2016
125. Olde Schaumburg Condominium matter, IL, appraiser for Plaintiff 2016
126. Comfort Inn- Columbus matter, TX, appraiser for Plaintiff 2016
127. Days Inn- Ft Worth matter, TX, appraiser for Plaintiff 2016
128. Microtel- Ft Worth matter, TX, appraiser for Plaintiff 2016
129. Williamstown Apartments matter, TX, appraiser for Plaintiff 2016
130. Scholar's Walk Townhomes matter, CO, appraiser for Plaintiff 2016
131. Weaver, Sheryl matter, MN, appraiser for Plaintiff 2016
132. Delux Inn Motel matter, TX, appraiser for Plaintiff 2016
133. Valley Motel matter, TX, appraiser for Plaintiff 2016
134. Ace Motel matter, TX, appraiser for Plaintiff 2016
135. Buttar Family (3 matters), TX, appraiser for Plaintiff 2016
136. Greenview Inn matter, TX, appraiser for Plaintiff 2016
137. Valley View Budget matter, TX, appraiser for Plaintiff 2016
138. Masters, Ketan matter, TX, appraiser for Plaintiff 2016
139. Burleson Inn matter, TX, appraiser for Plaintiff 2016
140. Clovis Auto Body matter, CA, appraiser for Plaintiff 2016
141. Summit/Westline Industries matter, MO, appraiser for Plaintiff 2016
142. EconoLodge matter, IL, appraiser for Plaintiff 2016
143. Arlington Club Condominium Association matter, appraiser for Plaintiff 2016
144. Bunkhouse Inn matter, TX, appraiser for Plaintiff 2016
145. Comfort Inn-Fort Worth matter, TX, appraiser for Plaintiff 2016
146. Wyndam Plaza-Southlake, TX, appraiser for Plaintiff 2016
147. Comfort Inn-Houston, TX, appraiser for Plaintiff 2016
148. Holiday Inn-Pearland, TX, appraiser for Plaintiff 2016
149. Best Western-TX City, TX, appraiser for Plaintiff 2016
150. Safari Inn, TX, appraiser for Plaintiff 2016
151. Red Roof Inn, TX, appraiser for Plaintiff 2016

Depositions and/or Affidavits Filed in Courts:
1. Kevin Keating v American Family Mutual Insurance, US District Court in Arizona, Court File No. CV-12-00882-PHX-DCG
2. West Creek Apartments, 4040 West Peoria, L.L.C. v Fireman's Fund Insurance; American Insurance, Laurie and John Stover, John and Jane Does I-X, Black Partnerships I-X and White Corporations I-X, Court File No. 2:11-cv-02155-GMS
3. Herman J. Benton, Jr., Revocable Trust v Lexington Insurance, New York Risk Services Group, Inc. & Shawn Bickett, State of Texas. 189th District Court of Harris County, Texas, Court File No. 2012-20734
4. New England Compounding Pharmacy, Inc., Products Liability Litigation, State of Massachusetts. Court File No. 1:13-md-02419-FDS
5. Margo Hanks v American Family Mutual Insurance, U.S. District Court – Arizona, Case No. CV 12-00880-PHX-DGC
6. Brandon and Vanessa Loftin v Country Mutual Insurance, Superior Court, State of Arizona, Maricopa County, Case No. CV2012-006736
7. 77th Street, LLC v American Family Mutual Insurance, U.S. District Court – Arizona, Case No. CV 12-01910-PHX-SLG, September 9, 2013
8. Scottsdale Terrace v Mid-Century Insurance, Superior Court, State of Arizona, Maricopa County, Case No. CV2011-017884, August 8, 2013
9. Carol Kerr v State Farm Fire and Casualty, Superior Court, State of Arizona, Maricopa County, Case No. CV2012-007725, November 1, 2013

10. Linda Bossard v State Farm Fire and Casualty, Superior Court, State of Arizona, Maricopa County, Case No. CV2011-018372, November 1, 2013

11. JMax Properties, LLC v Continental Casualty, Crawford & Company, and John Vincent, Superior Court, State of Arizona, Maricopa County, Case No. CV2012-015162, November 19, 2013

12. Frank and Beth Insana v American Family Mutual Insurance, Superior Court, State of Arizona, Maricopa County, Case No. CV2011-018143, January 6, 2014

13. Rudolf and Elva Lehman v American Family Mutual Insurance, Superior Court, State of Arizona, Maricopa County, Case No. CV2011-017999, January 6, 2014

14. Henry Nguyen v American Family Mutual Insurance, District Court, District of Arizona, Case No. CV12-2103-PHX-DGC, January 6, 2014

15. Terry and Karen Vander Vulcht v American Family Mutual Insurance, Superior Court, State of Arizona, Maricopa County, Case No. CV2012-010410, January 17, 2014

16. David and Pamela Van Winkle v American Family Mutual Insurance, Superior Court, State of Arizona, Maricopa County, Case No. CV2011-018329, January 17, 2014

17. Linda Walters v American Family Mutual Insurance, Superior Court, State of Arizona, Maricopa County, Case No. CV2011-018392, January 17, 2014

18. Francisco and Gloria Magana v State Farm Fire and Casualty, Superior Court, State of Arizona, Maricopa County, Case No. CV2012-05132, January 21, 2014

19. Casa Del Pueblo HOA v American Family Mutual Insurance, Superior Court, State of Arizona, Maricopa County, Case No. CV2012-004465, February 20, 2014

20. Healthspace Regions Lancaster, LLC v Hanover Lloyd's Insurance, District Court of Dallas County, Texas, Case No. DC-13-03877-L, February 26, 2014

21. Diane and Jesse Salazar v State Farm Lloyds, District Court, Southern District of Texas, Case No. 4:13-CV-01904, March 4, 2014

22. Dominion/TM Mian v Lexington Insurance, District Court of Dallas County, Texas Case No. DC-12-13349, March 18, 2014

23. Erika Smith and Gabriel Smith v Country Mutual Insurance, Superior Court, State of Arizona, Maricopa County, Case No. CV2012-014980, April 29, 2014

24. Arlington Southern Hills, LLC v The American Insurance, District Court, Northern District of Texas, Case No. 4:13-CV-676, April 30, 2014

25. Fairways at Tagalong Condominium Association Inc, v Tagalong USA, LLC, Circuit Court, State of Wisconsin, Barron County, Case No. 12-CV-560, July 3, 2014

26. Southgate Townhome Association v Allstate Insurance, Circuit Court, Illinois, Cook County, Case No. 12 L 003185, July 15, 2014

27. Robert Howie & Jaclyn M. Moore v State Farm Lloyds and Jarvis W. Mayes, District Court, Texas, Harris County, Case No. 2013-45419, August 14, 2014

28. Carlos A. Flores Villanueva v State Farm Lloyds and Delfino Mendoza, Jr., District Court, Southern District of Texas, Case No. 7:13-CV-00601, September 17, 2014

29. La-Ben Realty LLC v Valley Forge Insurance, District Court, Northern District of Texas, Case No. 2:14-CV-00057-J, October 3, 2014

30. Avalon Condominium Association, Inc. v Secura Insurance, District Court, District of Colorado, Case No. 14-cv-00200-CMA-KMT, January 27, 2015

31. Harvey Property Management Co. v Travelers Indemnity, District Court, District of Arizona, Case No. 2:12-CV-05136-SLG, March 4, 2015

32. Patricia Schniedwind v American Family Mutual Insurance, District Court, District of Colorado, Civil Action No. 14-CV-01734-PAB-NYW, June 11, 2015

33. Shaun & Debra Oppenheimer v Allstate Fire and Casualty Insurance, District Court, District of El Paso, Case No. 2014cv31834, June 23, 2015

34. Jesus & Joanne Borrego v American Family Mutual Insurance, District Court, District of Colorado, Civil Action No. 14-cv-01732-WYD-MJW, June 24, 2015

35. The Fairway 16 Heatherridge Association v. American Family Mutual Insurance, District Court, District of Colorado, Civil Action No. 14-CV-02717-WJM-NYW, August 28, 2015.

36. Charles & Laurie Leggett v State Farm Fire and Casualty Company, District Court, District of Colorado, Civil Action No. 1:14-CV-02269, November 3, 2015

37. Mark Marcucci v Great Northern Insurance Company, Eighteenth Judicial Circuit Court, County of Dupage, Illinois, 2014L000372, November 5, 2015

38. Risk Services Corp et. al. v Lexington Insurance Company, District Court, Northern District of Georgia, Atlanta Division, Civil Action File No. 1:14-cv-03322-TWT, December 18, 2015

39. Pear Ridge Creek Apartments v AIX Specialty Insurance Company et al, District Court, Dallas County, Texas, No. DC-14-0073, January 19, 2016

40. El Nacional de Oklahoma, Inc v Travelers Casualty Insurance, District Court, Western District of Oklahoma, Case No. CIV-14-728-D, January 20, 2016

41. ADRE Country Square LLC v Westchester Surplus Lines Insurance Company, District Court, District of Colorado, Case No. 1:15-cv-00184-PAB-KMT, January 28, 2016

42. Gateway Townhomes Association, Inc v Travelers Indemnity Company, District Court, District of Colorado, Civil Action No. 1:15-cv-000395-NYW, February 5, 2016

43. Linda Patten v Allstate Insurance Company, Circuit Court, Jasper County, Missouri, Case No. 14AO-CC00065, April 20, 2016

44. OHM Properties LLC v American Family Mutual Insurance Company, Circuit Court of St. Louis, Missouri, Case No. 14SL-CC03296, July 12, 2016

45. Arthur Rawlings and American Litho Color, Inc. v American Economy Insurance Company, District Court, Dallas County, Cause No. DC-15-14509, August 31, 2016

46. Hartford Fire Insurance Company v Nationwide Magazine and Book Distributors, Inc., District Court, Northern District of Indiana, No. 3:15-cv-00265-RL-CAN, September 14, 2016

47. West Bend Mutual Insurance Company v West James Courts, Inc., Circuit Court of St Charles County, Missouri, Case No. 1511-CC00028, September 27, 2016

48. Norman & Toylaan Jones v State Farm Lloyds, District Court of Tarrant County, Texas, Cause No. 017-279433-15, October 7 & 25, 2016

49. Manchester Place HOA, Inc. v Owners Insurance Company, District Court, District of Colorado, Civil Action No. 1:14-cv-03226-REB-KLM, November 29, 2016

50. Wilshire Manor Apartments v State Farm Insurance Company, District Court, District of California, Civil Action No. 2:16-cv-04363-R-GJS, December 6, 2016